IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-CR-89-WKW |
| | ) | |
| KYIEVAREZ D. WARD | ) | |

## ORDER

Before the court is the Government's Motion to Dismiss the Indictment. (Doc. # 62.)  Rule 48 of the Federal Rules of Criminal Procedure provides that the government "may, with leave of court, dismiss an indictment."  Fed. R. Crim. P. 48(a).  Pursuant to Rule 48(a), and for good cause shown, it is ORDERED that the Government's motion is GRANTED and that the Government is granted leave to file its dismissal of the indictment.

DONE this 13th day of February, 2015.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE