IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.:  2:13-cr-89-WKW |
| | ) | |
| KYIEVAREZ D. WARD | ) | |

**DISMISSAL OF INDICTMENT**

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment without Prejudice, heretofore filed on May 30, 2013, in the above-styled case, on the following grounds, to wit: the defendant has successfully completed the terms and conditions of his Pretrial Diversion Agreement with the United States entered into on January 14, 2014, and extended by an Addendum thereto on January 14, 2015.

Respectfully submitted on this the 18th day of February, 2015.

ERIC H. HOLDER, JR.
United States Attorney General

JOYCE WHITE VANCE
United States Attorney
Northern District of Alabama

 */s/  J. Patton Meadows*
J. PATTON MEADOWS
Assistant United States Attorney
Northern District of Alabama
Special Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing motion has been electronically filed with the Clerk of Court on this 18th day of February, 2015, using the CM/ECF system which will send notification of such filing to all counsel of record

*/s/   J. Patton Meadows*
J. Patton Meadows
Assistant United States Attorney
Northern District of Alabama
Special Attorney
1801 4th Avenue North
Birmingham, AL 35203
205 244-2001
pat.meadows@usdoj.gov